**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Lee Mays,<br><br>    Petitioner,<br><br>v.<br><br>USA,<br><br>    Respondent. | No. CV-16-00501-PHX-FJM<br>     CR-08-01218-1-PHX-FJM<br><br>**ORDER** |

The court has before it Mays' Amended Motion to Vacate under 28 U.S.C. §2255 (Doc. 5), the government's Response (Doc. 7), Mays' Reply (Doc. 9), the Report and Recommendation (Doc. 10), and Mays' Objection to the Report and Recommendation (Doc. 11).

Mays contends that each of his robbery convictions cannot count under 18 U.S.C. §924(e) because robbery is not a "violent felony" within the meaning of that section. Relying on *Johnson v. United States*, 130 S.Ct. 1265 (2010), he contends that the use or threatened use of physical force required under Arizona law is insufficient to constitute the use or threatened use of "violent force--that is capable of causing physical pain or injury to another person." *Id.* at 1271.

Relying on *State v. Bishop*, 144 Ariz. 521, 698 P.2d 1240 (1985), the magistrate judge concluded that force "of such a nature as to show that it was intended to overpower the party robbed," *Id*. at 524, under Arizona law, is sufficient to cause physical pain or injury to another person within the meaning of *Johnson*. Report and Recommendation at 10 (Doc. 10). Therefore, the magistrate judge concluded that at least four of Mays' prior convictions for robbery offenses satisfied 18 U.S.C. §924(e).

Mays disagrees, but fails to demonstrate how threatening to use force sufficient to overpower the party robbed could possibly be insufficient to cause physical pain or injury to another. We therefore overrule the Objections, and accept the magistrate judge's recommended disposition (Doc. 10).

Accordingly, it is ORDERED DENYING Mays' Amended Motion to Vacate (Doc. 5).

It is further ORDERED DENYING a certificate of appealability under Rule 11, Rules Governing §2255 Proceedings, for the reason that Mays has not made a substantial showing of the denial of a constitutional right under 28 U.S.C. §2253(c).

Dated this 19th day of April, 2017.

*Frederick J. Martone*
Frederick J. Martone
Senior United States District Judge