1    **WO**

2

3

4              IN THE UNITED STATES DISTRICT COURT

5                 FOR THE DISTRICT OF ARIZONA

6

7    United States of America,          )    CR 08-01218-1-PHX-FJM
                                         )
8              Plaintiff,                )    **ORDER**
                                         )
9    vs.                                 )
                                         )
10                                       )
     Robert Lee Mays,                    )
11                                       )
               Defendant.                )
12                                       )
     _____)
13

14        The court is in receipt of the requested Supplement. (Doc. 51).  However, we are not

15   persuaded that the authority cited supports jurisdiction.  For example, the quotation to Rule

16   23(b)(3), Fed. R. App. P. conflates the language of Rule 23(b)(3) with Rule 23(c).  Moreover,

17   neither rule is directly in point.  Rule 23(b) applies where "a decision not to release a prisoner

18   is under review."  That is not the case here.  Rule 23(c) applies where "a decision ordering

19   the release of a prisoner is under review."  That, too, is not the case here.  The parties have

20   failed to support their request with any precedent.

21        This is a case in which there was an appeal and no mandate has issued.  The parties may

22   have to seek relief in the court of appeals or get the mandate issued, unless they can support

23   their request with more persuasive authority.

24                        DATED this 10th day of January, 2018.

25

26              _Frederick J. Martone_

27                      Frederick J. Martone
                   Senior United States District Judge
28